**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 cv 201**

| | | |
|---|---|---|
| **DIXIE GILBERT NELSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **CEMEX CONSTRUCTION** | ) | |
| **MATERIALS ATLANTIC, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court sua sponte. Recently, counsel for the parties averred via telephone that this case would settle. The deadline for Defendant's answer was August 14, 2018. No notice of settlement was filed before that date; no notice of settlement has been filed as of the date of this Order. Because *nothing* has been filed to let the Court know the status of this case, the Court has determined to hold a hearing so that counsel may explain themselves.

Therefore, the Court **ORDERS** that counsel for the parties appear before this Court on **September 12, 2018**, for a status hearing.

Signed: September 4, 2018

Dennis L. Howell
United States Magistrate Judge