# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18CV201

| | |
|---|---|
| DIXIE GILBERT NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| CEMEX CONSTRUCTION MATERIALS ATLANTIC, LLC, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the parties' Joint Motion to Cancel Status Conference and Notice of Settlement (# 13). The parties jointly move to cancel the status conference scheduled for September 12, 2018 and notice the execution of a settlement in this action.

The parties' joint motion (# 13) is GRANTED in part and DENIED in part. The status conference is continued until 2:00 p.m. on October 3, 2018. Plaintiff needs to file a motion to substitute the executor of the estate for the deceased Plaintiff.

Signed: September 11, 2018

Dennis L. Howell
United States Magistrate Judge